JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DANIEL ALEXANDER, | Case No. 8:18-cv-00788-JFW (SHK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOSIE GASTELO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: March 8, 2019

HONORABLE JOHN F. WALTER
United States District Judge